## WARD v BARRINGER

Ohio Supreme Court

No. 22567.   Decided April 22, 1931

Matthias, Day, Allen, Kinkade and Robinson, JJ, concur.

Full opinion will be published later. Watch **Omnibus Index.**